# Exhibit B

RETURN DATE: **June 21, 2022**      :      SUPERIOR COURT

LORRI O'BRIEN      :      J.D. OF HARTFORD

V.      :      AT HARTFORD

CARAVAN CANOPY      :      MAY 10, 2022
INT'L, INC., ET AL.

## COMPLAINT

**FIRST COUNT**: **(Lorri O'Brien v. Caravan Canopy, Int'l, Inc.)**

     1.      At all times mentioned herein, the defendant, Caravan Canopy

Int'l, Inc., was and is a California corporation located at 17510-17512

Studebaker Road in Cerritos, California.

     2.      At all times mentioned herein, the defendant, Caravan Canopy

Int'l, Inc., was engaged in the business of the design, manufacture, assembly,

sale, and/or distribution of Caravan Sports Infinity Oversized Zero Gravity

Chairs to the general public throughout the United States.

     3.      At all times mentioned herein, the defendant, Caravan Canopy

Int'l, Inc., had an agreement with Amazon to sell its Caravan Sports Infinity

Oversized Zero Gravity Chairs online and knew that chairs would be marketed

to buyers in Connecticut.

4.     At all times mentioned herein, the defendant, Caravan Canopy Int'l, Inc., marketed its Caravan Sports Infinity Zero Gravity Chairs as being safe for customers weighing up to 330 pounds.

5.     At all times mentioned herein, the defendant, Caravan Canopy Int'l, Inc., sold the Caravan Sports Infinity Oversized Zero Gravity Chair with the reasonable expectation that it would be used in the state of Connecticut and the chair is a "product" pursuant to Connecticut General Statutes §52-572m, et seq.

6.     In July of 2016, the plaintiff purchased a Caravan Sports Infinity Zero Gravity Chair manufactured by the defendant, Caravan Canopy Int'l, Inc., through Amazon.

7.     On April 22, 2020, the plaintiff, Lorrie O'Brien, sat in the Caravan Sports Infinity Oversized Zero Gravity Chair when chair components broke and caused the plaintiff to immediately fully decline and strike the floor, thereby causing her to suffer the injuries and losses set forth below.

8.     The Caravan Sports Infinity Oversized Zero Gravity Chair purchased by the plaintiff was in an unreasonably dangerous condition in

violation of the implied warranties of merchantability, suitability and fitness for its intended purpose.

9.     The defective design, manufacture, and/or assembly of the Caravan Sports Infinity Oversized Zero Gravity Chair was the cause of the injuries and losses suffered by the plaintiff, Lorrie O'Brien.

10.     This action is brought as a "product liability claim" pursuant to Section 52-572m et seq. of the Connecticut General Statutes for injuries proximately caused by the acts and/or omissions of the defendant, Caravan Canopy Int'l, Inc., its agents, servants and/or employees in one or more of the following ways:

    a)    they negligently manufactured the chair;

    b)    they negligently designed the chair;

    c)    failed to properly inspect the chair;

    d)    they failed to properly and adequately train their employees to properly inspect the chairs;

    e)    they failed to properly and adequately train their employees to properly manufacture the chairs;

f)      they knew or should have known that the chair would fail supporting weights under the 330 pound amount specified as the limit, yet failed to re-design the chair or lower the weight limit;

g)      they failed to warn the plaintiff that the chair was dangerous for her;

h)      they knew that other similar chairs had failed, yet failed to recall or warn purchasers of their chairs;

i)      they failed to enact adequate quality control procedures to ensure that the chair was safe for customers;

j)      they failed to perform adequate testing to confirm that the chair was actually safe and structurally sound in real life conditions;

k)      they misrepresented the weight tolerance of the chair; and/or

l)      they used plastic material not suitable for the weight tolerance they represented instead of another material because it was cheaper and created a higher profit margin.

11.     As a result of the incident, the plaintiff, Lorrie O'Brien, suffered the following injuries, some or all of which may be permanent in nature:

a)      headaches;

b)      head pain;

c)   cervical strain/sprain;

d)   cervical spine contusion;

e)   segmental and somatic dysfunction of cervical region;

f)   neck pain;

g)   cervical radiculopathy;

h)   right shoulder contusion;

i)   right shoulder pain;

j)   segmental and somatic dysfunction of thoracic region;

k)   thoracic strain/sprain;

l)   segmental and somatic dysfunction of lumbar region;

m)   lumbar spine contusion;

n)   lumbar strain/sprain;

o)   back pain;

p)   lumbar radiculopathy;

q)   left lower extremity paresthesia;

r)   left leg pain; and

s)   pain and suffering, both mental and physical.

12.   As a further result of the incident, the plaintiff, Lorrie O'Brien, incurred

expenses for medical care and treatment and will likely be forced to incur additional expenses for medical care and treatment in the future.

13.     As a further result of the incident, the plaintiff, Lorrie O'Brien, was unable and remains unable to participate in and enjoy her usual activities.

**SECOND COUNT: (Lorrie O'Brien v. Amazon.com Services LLC)**

1.     At all times mentioned herein, the defendant, Amazon.com Services LLC, was and is a Delaware limited liability company with its business address located at 410 Terry Avenue North in Seattle, Washington.

2.     At all times mentioned herein, the defendant, Amazon.com Services LLC, was engaged in the business of selling, distributing and delivering Caravan Sports Oversized Zero Gravity Chairs to customers across the county.

3.     At all times mentioned herein, the defendant, Amazon.com Services LLC, marketed to and conducted business with Connecticut residents and had a reasonable expectation that Caravan Sports Oversized Zero Gravity Chairs would be used in the state of Connecticut.

4.    At all times mentioned herein, the defendant, Amazon.com Services LLC, marketed the Caravan Sports Infinity Zero Gravity Chairs as being safe for customers weighing up to 330 pounds.

5.    In July of 2016, the plaintiff purchased a Caravan Sports Infinity Zero Gravity Chair from the defendant, Amazon.com Services LLC.

6.    In 2016, the defendant, Amazon.com Services LLC, shipped and/or delivered the Caravan Sports Infinity Oversized Zero Gravity Chair to the plaintiff, Lorrie O'Brien.

7.    On April 22, 2020, the plaintiff, Lorrie O'Brien, sat in the Caravan Sports Infinity Oversized Zero Gravity Chair when chair components broke and caused the plaintiff to immediately fully decline and strike the floor, thereby causing her to suffer the injuries and losses set forth below.

8.    The Caravan Sports Infinity Oversized Zero Gravity Chair purchased by the plaintiff from the defendant was in an unreasonably dangerous condition in violation of the implied warranties of merchantability, suitability and fitness for its intended purpose.

9.     The sale and delivery of the defective Caravan Sports Infinity Oversized Zero Gravity Chair was a proximate cause of the injuries suffered by the plaintiff, Lorrie O'Brien.

10.     This action is brought as a "product liability claim" pursuant to Section 52-572m et seq. of the Connecticut General Statutes for injuries proximately caused by the acts and/or omissions of the defendant, Amazon.com Services LLC, its agents, servants and/or employees in one or more of the following ways:

    a)     they failed to properly inspect the chair;

    b)     they sold a defective chair to the plaintiff;

    c)     they delivered a defective chair to the plaintiff;

    d)     they knew or should have known that the chair was defective but sold and delivered it anyway;

    e)     they failed to enact adequate procedures to ensure that the chair they sold and delivered was safe for its intended use;

    f)     they failed to warn the plaintiff that the chair was defective;

    g)     they misrepresented the weight tolerance of the chair; and/or

       h)      they failed to recall the chair or contact the plaintiff and inform her that the represented weight tolerance of the chair was inaccurate.

11.    As a result of the incident, the plaintiff, Lorrie O'Brien, suffered the following injuries, some or all of which may be permanent in nature:

       a)      headaches;

       b)      head pain;

       c)      cervical strain/sprain;

       d)      cervical spine contusion;

       e)      segmental and somatic dysfunction of cervical region;

       f)      neck pain;

       g)      cervical radiculopathy;

       h)      right shoulder contusion;

       i)      right shoulder pain;

       j)      segmental and somatic dysfunction of thoracic region;

       k)      thoracic strain/sprain;

       l)      segmental and somatic dysfunction of lumbar region;

       m)      lumbar spine contusion;

       n)      lumbar strain/sprain;

o)      back pain;

p)      lumbar radiculopathy;

q)      left lower extremity paresthesia;

r)      left leg pain; and

s)      pain and suffering, both mental and physical.

12.     As a further result of the incident, the plaintiff, Lorrie O'Brien, incurred expenses for medical care and treatment and will likely be forced to incur additional expenses for medical care and treatment in the future.

13.     As a further result of the incident, the plaintiff, Lorrie O'Brien, was unable and remains unable to participate in and enjoy her usual activities.

WHEREFORE, the plaintiff claims:

1.    Monetary damages.

THE PLAINTIFF,
LORRIE O'BRIEN

_____
Brian M. Flood
The Flood Law Firm, LLC
190 Washington Street
Middletown, CT 06457
860 346-2695
Juris #433718

A TRUE COPY ATTEST
_____
ZEFFLD. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

RETURN DATE: **June 21, 2022**  :  SUPERIOR COURT

LORRI O'BRIEN     :  J.D. OF HARTFORD

V.         :  AT HARTFORD

CARAVAN CANOPY    :  MAY 10, 2022
INT'L, INC., ET AL.

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand

Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
LORRIE O'BRIEN

_____
Brian M. Flood
The Flood Law Firm, LLC
190 Washington Street
Middletown, CT 06457
860 346-2695
Juris #433718

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON